UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  10-cv-61813 –GRAHAM/O'SULLIVAN

MICHAEL P. BRANNON, Psy.D.,
individually, MICHAEL P. BRANNON,
Psy.D., P.A., a Florida professional
services corporation, and INSTITUTE
FOR BEHAVIORAL SCIENCES AND
THE LAW, LLC, a Florida limited
Liability company,

       Plaintiffs,

v.

HOWARD FINKELSTEIN, in his
official capacity as Broward
County Public Defender,

       Defendant.
_____/

## DEFENDANT'S NOTICE OF FILING MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S FIRST AMENDED PRIVILEGE LOG

COMES NOW the Defendant, HOWARD FINKELSTEIN, by and through undersigned counsel, and files the following Memorandum of Law in Support of Defendant's First Amended Privilege Log, pursuant to Judge O'Sullivan's discovery order entered on June 1, 2012.

    Respectfully submitted,

    s/Alicia Lyons Laufer
    Alicia Lyons Laufer, Esq.
    Florida Bar No. 414336
    alaufer@lauferlawyers.com
    Jennifer Ellerkamp, Esq.
    Florida Bar No. 91411
    jellerkamp@lauferlawyers.com
    LAUFER & LAUFER, PA
    2200 NW Corporate Blvd, Suite 404
    Boca Raton, FL 33431
    Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 14, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified in the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/Alicia Lyons Laufer
Alicia Lyons Laufer
Florida Bar No. 414336

### SERVICE LIST
**Michael P. Brannon, et al. v. Howard Finkelstein.**
Case 10-cv-61813-Graham/O'Sullivan
United States District Court, Southern District of Florida

William R. Amlong, Esq.
Amlong and Amlong, P.A.
**Counsel for Plaintiffs**
500 Northeast Fourth Street
Second Floor
Fort Lauderdale, Florida 33301-1154
954-462-1983 Telephone
EMAIL:WRAmlong@theAmlongfirm.com
       [CM/ECF]