# INVOICE

U.S. Legal Support, Inc.
515 East Las Olas Boulevard
Third Floor
Fort Lauderdale FL  33301
Phone:954-463-2933   Fax:954-525-8919

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 945224 | 9/7/2012 | 946013 |
| Job Date | Case No. ||
| 9/4/2012 | 10CV61813GRAHAM/OSULLIVAN ||
| Case Name |||
| Michael Brannon vs. Howard Finkelstein |||
| Payment Terms |||
| Due upon receipt |||

Sarah Weber, Esquire
Laufer & Laufer, P.A.
Attn: Quetzy Vasquez
2200 Northwest Corporate Boulevard
Suite 404
Boca Raton FL  33431-7369

ORIGINAL TRANSCRIPT OF:
   Shari Belt-Tate, Esq.                                        66.00 Pages      @       3.75          247.50
      3-Day Expedited Transcript                                                                  198.00
ORIGINAL TRANSCRIPT OF:
   J. Scott Raft                                               84.00 Pages      @       3.75          315.00
      3-Day Expedited Transcript                                                                  252.00
      Full Day Per Diem                                                                 130.00    130.00
      Expedited Shipping/Handling/Processing                                             34.71     34.71
   Shari Belt-Tate
      Exhibit                                                      5.00 Pages      @       0.25           1.25

TOTAL DUE  >>>                                           $1,178.46
AFTER 10/22/2012  PAY                                    $1,296.31
(-) Payments/Credits:                                         0.00
(+) Finance Charges/Debits:                                   0.00
(=) New Balance:                                          1,178.46

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

Tax ID: 76-0523238                                                                Phone: 561-300-5150    Fax:561-300-5151

*Please detach bottom portion and return with payment.*

Sarah Weber, Esquire
Laufer & Laufer, P.A.
Attn: Quetzy Vasquez
2200 Northwest Corporate Boulevard
Suite 404
Boca Raton FL  33431-7369

Job No.       : 946013           BU ID      : 52-FT.LA
Case No.      : 10CV61813GRAHAM/OSULLIVAN
Case Name     : Michael Brannon vs. Howard Finkelstein

Invoice No.   : 945224           Invoice Date : 9/7/2012
**Total Due**   : $ 1,178.46

Remit To: U.S. Legal Support, Inc.
       P.O. Box 864407
       Orlando FL  32886-4407

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:

# Attachment 1

# INVOICE

U.S. Legal Support, Inc.
515 East Las Olas Boulevard
Third Floor
Fort Lauderdale FL  33301
Phone:954-463-2933   Fax:954-525-8919

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 946229 | 9/11/2012 | 946014 |
| **Job Date** | **Case No.** | |
| 9/4/2012 | 10CV61813GRAHAM/OSULLIVAN | |

**Case Name**

Michael Brannon vs. Howard Finkelstein

**Payment Terms**

Due upon receipt

Sarah Weber, Esquire
Laufer & Laufer, P.A.
Attn: Quetzy Vasquez
2200 Northwest Corporate Boulevard
Suite 404
Boca Raton FL  33431-7369

Videotaped Deposition Of:
   Shari Belt-Tate, Esq., J. Scott Raft

| | | | | |
|---|---|---|---|---|
| 1.Videography Services | | | 225.00 | 225.00 |
| Videography Services - Additional Hour(s) | 2.50 Hours | @ | 95.00 | 237.50 |
| Master Videotape | 2.00 | @ | 17.50 | 35.00 |
| Video Conversion - DVD | 3.00 Hours | @ | 35.00 | 105.00 |
| Shipping/Handling/Processing | | | 20.00 | 20.00 |

TOTAL DUE  >>>                                $622.50
AFTER 10/26/2012  PAY                   $684.75

(-) Payments/Credits:                        0.00
(+) Finance Charges/Debits:           0.00
(=) New Balance:                          622.50

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** 76-0523238

Phone: 561-300-5150   Fax:561-300-5151

*Please detach bottom portion and return with payment.*

Sarah Weber, Esquire
Laufer & Laufer, P.A.
Attn: Quetzy Vasquez
2200 Northwest Corporate Boulevard
Suite 404
Boca Raton FL  33431-7369

Job No.      : 946014            BU ID      : 52-FT.LA
Case No.    : 10CV61813GRAHAM/OSULLIVAN
Case Name : Michael Brannon vs. Howard Finkelstein

Invoice No.  : 946229           Invoice Date : 9/11/2012
**Total Due** : **$ 622.50**

Remit To:  **U.S. Legal Support, Inc.**
           **P.O. Box 864407**
           **Orlando FL  32886-4407**

002-0014

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature: