UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
Case No. 10-61813-CIV-GRAHAM/O'SULLIVAN

MICHAEL P. BRANNON, et al.,

    Plaintiffs,

vs.

HOWARD FINKELSTEIN,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court upon the Magistrate Judge's Report and Recommendation [D.E. 154] regarding Defendant's Bill of Costs [D.E. 139] and Defendant's Motion for Entitlement to Attorney's Fees [D.E. 146].

**THIS MATTER** was assigned to the Honorable United States Magistrate Judge John J. O'Sullivan. The Magistrate Judge issued the instant Report recommending that Defendant's Bill of Costs [D.E. 139] be granted in part and denied in part and that defendant be awarded $9,169.38 in costs. [D.E. 154]. Additionally, the Magistrate Judge recommends that Defendant's Motion for Entitlement to Attorney's Fees [D.E. 146] be denied. Plaintiffs filed timely objections to the Magistrate's Report. [D.E. 156] and Defendants responded to the same [D.E. 157].

**THE COURT** has conducted a de novo review of the file and is otherwise fully advised in the premises. Although Plaintiffs filed

timely Objections to the Magistrate Judge's Report [D.E. 156], the Court finds Plaintiffs' objection without merit. Accordingly, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge O'Sullivan's Report is hereby **RATIFIED, AFFIRMED and APPROVED** in its entirety. [D.E. 154]. It is further

**ORDERED AND ADJUDGED** that Plaintiffs' Objection to the Magistrate Judge's Report [D.E. 156] is **DENIED**. It is further

**ORDERED AND ADJUDGED** that Defendant's Bill of Costs [D.E. 139] is **GRANTED in part and DENIED in part**. Defendant is hereby awarded $9,169.38 in costs. It is further

**ORDERED AND ADJUDGED** that Defendant's Motion for Entitlement to Attorney's Fees [D.E. 146] is **DENIED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19th day of June, 2013.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc:  U.S. Magistrate O'Sullivan
     Counsel of Record

2